Case 3:20-cv-00374   Document 41   Filed on 05/16/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
May 16, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **STEPHEN PATRICK BRYANT III,** | )( | Civil Action No.: 3:20-cv-374 |
| | )( | (Jury Trial) |
| *Plaintiff,* | )( | |
| | )( | |
| V. | )( | |
| | )( | |
| **GALVESTON COUNTY, TEXAS,** *et al.,* | )( | |
| | )( | |
| *Defendants.* | )( | |

AMENDED DOCKET-CONTROL ORDER

This case will be controlled by the following schedule:

DEADLINES

1. PASSED DEADLINE TO AMEND THE PLEADINGS. Parties may amend pleadings by this date without leave of court, but only in compliance with Rule 6 in Judge Brown's procedures. If the plaintiff(s) file(s) an amended complaint by this date, the defendant(s) may file a responsive pleading in accordance with Fed. R. Civ. P. 15(a)(3). After expiration of this deadline, a party seeking to amend a pleading must file a motion for leave demonstrating both good cause and excusable neglect in accordance with Fed. R. Civ. P. 6(b)(1)(B).

2. PASSED DEADLINE TO ADD NEW PARTIES. Unless a case has been removed from state court, new parties may be added by this date without leave of court. After the expiration of this deadline, a party seeking to add a new party must file a motion for leave demonstrating both good cause and excusable neglect in accordance with Fed. R. Civ. P. 6(b)(1)(B). The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties. Note: If a case has been removed from state court, a motion for leave must be filed seeking permission to add new parties.

3. PASSED   Identification of plaintiffs' experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

4. PASSED   Identification of defendants' experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

5. 06/29/2022  COMPLETION OF DISCOVERY. Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

6. 07/08/2022  DISPOSITIVE MOTIONS

7. 07/15/2022  ALL OTHER PRETRIAL MOTIONS.

8. 07/29/2022  EXCHANGE PRETRIAL MATERIALS. Parties should exchange and begin to confer on motions in limine, exhibit lists, and deposition designations.

9. 08/26/2022   DOCKET CALL is set at 9:30 a.m. All Pretrial Filings (exhibit list, witness list, etc.) required under Rule 11 of the Galveston District Court Rules of Practice must be filed at least one day before this date. At docket call, the court may announce rulings on any pending matters, the case will be set for trial on a date certain within the next 60 days, and further pretrial orders may be issued.

**DATE:**

_____May 16_, 2022        _____
                              **HONORABLE JEFFREY V. BROWN**
                              **UNITED STATES DISTRICT COURT JUDGE**
                              **U.S. Southern District of Texas, Galveston**