IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| **STEPHEN PATRICK BRYANT III,** )( | Civil Action No.: 3:20-cv-374 |
| )( | **(Jury Trial)** |
| *Plaintiff,* )( | |
| )( | |
| **V.** )( | |
| )( | |
| **GALVESTON COUNTY, TEXAS,** *et al.,* )( | |
| )( | |
| *Defendants.* )( | |

## *JOINT AGREED* PARTIES' MOTION TO EXTEND DEADLINES

**TO THE HONORABLE JEFFREY V. BROWN:**

**NOW COMES** the Parties and file this agreed motion to extend the dispositive motion deadline and to file pretrial filings and will show the following:

## PROCEDURE

This lawsuit was filed December 14, 2020.

An amended complaint was filed March 19, 2021.

Pretrial filings are due August 11, 2022

Docket call is set for August 26, 2022. No specific trial date is set.

## FACTS and ARGUMENT

The parties agree to reset the dispositive motion filing deadline and pretrial filings deadline. This may narrow the issues and lessen the complexity of the trial.

No prejudice will result from allowing this extension to the dispositive motion deadline and this is not for delay only but that justice is done and there is no prejudice to any

1

party.

## CONCLUSION & PRAYER

The Parties request an extension to the dispositive motion and pretrial deadlines and for all other relief in law and equity to which the plaintiff shows themselves entitled.

Respectfully Submitted,

*/s/ Randall L. Kallinen*
Randall L. Kallinen
Kallinen Law PLLC
U.S. Southern District of Texas Bar No.:19417
State of Texas Bar No. 00790995
511 Broadway Street
Houston, Texas 77012
Telephone:   713/320-3785
FAX:         713/893-6737
Email:       AttorneyKallinen@aol.com

*/s/Alexander C. Johnson*
Alexander C. Johnson
Kallinen Law PLLC
State of Texas Bar No. 24123583
U.S. Southern District of Texas Bar No.: 3679181
511 Broadway Street
Houston, Texas 77012
Telephone:   573/340-3316
Fax:         713/893-6737
Email:       alex@acj.legal

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Greg Cagle counsel for Deputy Holley in good faith by email August 5, 2022 and he is Agreed to the relief sought.

*/s/ Randall L. Kallinen*
Randall L. Kallinen

## **CERTIFICATE OF SERVICE**

    I certify that on this August 7, 2022 a true and correct copy of the foregoing pleading was delivered in accordance with the Federal Rules of Civil Procedure to all ECF notice attorneys of record.

*/s/ Randall L. Kallinen*
Randall L. Kallinen
