IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **STEPHEN PATRICK BRYANT III,** | )( | **CIVIL ACTION NO. 3:20-CV-374** |
| | )( | **(Jury Trial)** |
| *Plaintiff,* | )( | |
| | )( | |
| **V.** | )( | |
| | )( | |
| **GALVESTON COUNTY, TEXAS,** *et al.,* | )( | |
| | )( | |
| *Defendants.* | )( | |

### ORDER

On this day came on to be considered JOINT AGREED PARTIES' MOTION TO EXTEND DEADLINES and the motion is GRANTED. The dispositive motion deadline is August 13, 2022 and the Pretrial Filings deadline is August 18, 2022.

**DATE:**

_____, 2022   _____
**HONORABLE JEFFREY V. BROWN**
**UNITED STATES DISTRICT COURT JUDGE**
**U.S. Southern District of Texas, Houston**