

**Defendant's Exhibit #2**

