# Galveston County Sheriff's Office

Incident Case Number:   18-00004732

Reporting Agency:   Galveston County Sheriff's

Print Date/Time:   03/31/2021 11:36:13

**Disclaimer: The information contained within this report is reflective of the investigation at the date and time of its printing.**

Defendant's Exhibit #4

# INCIDENT/INVESTIGATION REPORT

## INCIDENT DATA

**Agency Name:** Galveston County Sheriff's Office
**ORI:** TX 0840000
**Case#:** 18-00004732
**Date / Time Reported:** 12/14/2018 21:59 Fri
**Last Known Secure:** 12/14/2018 21:58 Fri
**At Found:** 12/14/2018 21:59 Fri

**Location of Incident:** 4502 TOWER RD, Galveston County TX
**Gang Relat:** NO
**Premise Type:** Residence/home
**Agency/Beat:** GCSO,

| # | Crime Incident(s) | (Com) | Weapon / Tools | Activity |
|---|---|---|---|---|
| #1 | Assault - Other Assault (not Aggravated) ASSAULT | (Com) | Personal Weapons | N |
| | Entry | | Exit | Security |
| #2 | All Other Reportable Offenses ALL OTHER | (Com) | None | |
| | Entry | | Exit | Security |
| #3 | Crime Incident | ( ) | Weapon / Tools | Activity |
| | Entry | | Exit | Security |

**MO:** Presence Of Victim/On Premises, Premise Type/House

## VICTIM

**# of Victims:** 2  **Type:** INDIVIDUAL  **Injury:** Apparent Minor Injury

**V1** Victim/Business Name: BRYANT, KRISTEN ALLISON
**Victim of Crime #:** 1,
**DOB:** [redacted]
**Race:** W  **Sex:** F
**Relationship To Offender:** 1SE
**Resident Status:** Resident
**Military Branch/Status:**

**Home Address:** [redacted]
**Home Phone:** [redacted]
**Employer Name/Address:**
**Business Phone:** - -
**Mobile Phone:**

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

## OTHERS INVOLVED

**CODES:** V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

**Type:** SOCIETY / PUBLIC   **Injury:**

**Code V2** Name: State of Texas
**Victim of Crime #:** 2
**DOB:** / /   Age:

**Home Address:**
**Home Phone:**
**Employer Name/Address:**
**Business Phone:**   **Mobile Phone:**

**Type:**   **Injury:**

**Code** Name:
**Victim of Crime #:**   **DOB:** Age:

**Home Address:**
**Home Phone:**
**Employer Name/Address:**
**Business Phone:**   **Mobile Phone:**

## PROPERTY

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Officer/ID#:** SILVAS, M. L. (PATL) (8018)
**Invest ID#:** (0)
**Supervisor:** CREECH, J. B. (PATL, PATL) (6817)

**Status** | **Complainant Signature** | **Case Status** *cleared By Arrest*  12/14/2018 | **Case Disposition:** | Page 2

R_CS1IBR   Printed By: PENAJ,   Sys#: 157098   03/31/2021 11:36

# INCIDENT/INVESTIGATION REPORT

Galveston County Sheriff's Office

Case # 18-00004732

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Status Codes: 1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown

**Assisting Officers**
BELL, D. (7624), SILVAS, M.L. (8018), ALLEN, D.A. (8042), OSTERMAYER, J. (7275), HOLLEY, J.Z. (8135)

Suspect Hate / Bias Motivated: *NONE (NO BIAS)*

**NARRATIVE**
**SYNOPSIS:**

This report will document a physical disturbance which occurred on 12/14/18 at 4502 Tower Rd. in Santa Fe, Galveston County, in which one individual was arrested for assault and evading arrest or detention

## REPORTING OFFICER NARRATIVE

| Galveston County Sheriff's Office | | OCA 18-00004732 |
|---|---|---|
| Victim BRYANT, KRISTEN ALLISON | Offense ASSAULT - OTHER ASSAULT (NOT | Date / Time Reported Fri 12/14/2018 21:59 |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

INTRODUCTION:

On December 14, 2018, at approximately 22:06, while performing patrol duties as 2P31, I, Deputy M. Silvas, along with Deputy J. Holley, was dispatched to the 4502 Tower Road in the unincorporated area of Galveston County, in reference to a physical disturbance. The caller said she was told by her friend that her friend was being assault by her friend`s husband.

SCENE DESCRIPTION:

4502 Tower Rd is a single story residential structure (a manufactured trailer) with the front door facing east. There is a long gravel driveway leading up to the south east side of the home.

DETAILS:

I arrived on scene and made contact with Kristen Bryant (W/F - ▓▓▓▓▓), who stated she was involved in a physical altercation with her husband. At that moment, A white male came from around the back of the house who was identified by Kristen as her husband, later identified as STEPHEN PATRICK BRYANT (W/M - ▓▓▓▓▓). STEPHEN saw the clearly marked police units (some with flashing red & blue lights activated), and uniformed officers. Upon seeing us, he then told Kristen not to unlock the gate for us and not to let us inside the property. After saying this STEPHEN ran away towards the backside of the residence. Deputy Holley and I pursued STEPHEN, as we believed him to likely have been the offender in the alleged assault.

STEPHEN ran behind his house and made his way into the house through the back door. STEPHEN then locked his door and refused let us inside. STEPHEN was ordered several times to open the door and told we would be forced to make entry if he didn`t. Still, STEPHEN refused to open the door, so Deputy Holley ran to the front of the home made entry through the front door by force. STEPHEN was then detained without incident, so that a further investigation could be conducted. After speaking with Kristen again, she alleged during their argument that STEPHEN pushed her down onto their bed using a laptop that was in his hands. When asked, Kristen said this caused her physical pain and also left red markings on her neck, which I observed. When asked, Kristen stated she wished to pursue criminal charges against STEPHEN.

As per Texas Penal Code section 22.01- ASSAULT:

(a) A person commits an offense if the person:
    (1) intentionally, knowingly, or recklessly causes bodily injury to another, including the person`s spouse;
    (2) intentionally or knowingly threatens another with imminent bodily injury, including the person`s spouse; or
    (3) intentionally or knowingly causes physical contact with another when the person knows or should reasonably believe that the other will regard the contact as offensive or provocative.

As per Texas Penal Code section 38.04 - EVADING ARREST OR DETENTION:

(a) A person commits an offense if he intentionally flees from a person he knows is a peace officer or federal special investigator attempting lawfully to arrest or detain him.

REPORTING OFFICER NARRATIVE

| Galveston County Sheriff's Office | | OCA 18-00004732 |
|---|---|---|
| Victim BRYANT, KRISTEN ALLISON | Offense ASSAULT - OTHER ASSAULT (NOT | Date / Time Reported Fri 12/14/2018 21:59 |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

Given the totality of the circumstances, sufficient probable cause existed to arrest STEPHEN for the above referenced offenses. ADA James Haugh was then contacted and charges were accepted for assault against a family member with a prior conviction. A bond of $5000 was set for that offense. Kristen was then issued a Family Violence Packet, which has been submitted as an attachment to this case. I also took photographs of Kristen, her injuries, and the damage to the door. STEPHEN was then transported to Santa Fe City Jail for booking, without incident.

A copy of the in-car video recording from unit 3642 was later submitted to the secure WatchGuard Evidence Library. The photographs taken on scene were also later submitted to the secure ID server. Family Violence bond conditions and a Magistrate`s Order of Emergency Protection was also filed. No further action taken.

OFFENSE/COURT INFORMATION:

Offense(s): ASSAULT FAMILY/HOUSEHOLD MEMBER PREV CONV IAT (F3), EVADING ARREST DETENTION (MA)
Bond(s): $5000, $1500
Court: JP-2

ATTACHMENTS:

1x Family Violence Form

EVIDENCE/PROPERTY:

None

VIDEOS/PHOTOGRAPHS:

1x In-car video, unit 3642
20x digital photographs

DISPOSITION:

Cleared by Arrest

## Incident Report Suspect List

Galveston County Sheriff's Office

OCA: 18-00004732

**1**

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| BRYANT, STEPHEN PATRICK III | | GALVESTON COUNTY, TX 77517 |

Business Address: DIAMOND HYDRAULICS
406-986-3957, INSPECTION, 6776 FM 2004, HITCHCOCK, TX

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | W | M | N | 507 | 140 | BRO | HAZ | FAR | |

Scars, Marks, Tattoos, or other distinguishing features
SC   FOREHEAD

| Reported Suspect Detail | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | | Color | Caliber | Dir of Travel / Mode of Travel |
| VehYr/Make/Model | | Drs | Style | Color | Lic/St | | VIN |

Notes

Physical Char
Build, THIN
Eyes, Contact Lens
Eyes, Prescription
Hair Facial, Goatee
Hair Length, Short
Hands, RIGHT HANDED