IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **STEPHEN PATRICK BRYANT, III** | § § § | |
| **Plaintiff,** | § § | |
| V. | § § | CIVIL ACTION NO. 3:20-CV-00374 |
| **GALVESTON COUNTY, TEXAS, ET AL.** | § § § § | |
| **Defendants.** | | |

### UNOPPOSED MOTION TO WITHDRAW MELISSA PALMER AS COUNSEL

TO THE HONORABLE JUDGE OF THIS COURT:

Defendant, County of Galveston, files this Unopposed Motion to Withdraw as Counsel and asks this Court to allow Melissa Palmer to withdraw as additional counsel for Defendant. In support thereof, Defendant respectfully shows the Court as follows:

There is good cause to grant this motion as Ms. Palmer is no longer working with Greer, Herz & Adams, L.L.P. or representing Defendant. Joseph R. Russo, Jr. and the law firm of Greer, Herz & Adams, L.L.P. will continue as lead counsel, and Jordan S. Raschke will be additional counsel for Defendant. Ms. Raschke has appeared in this case. Accordingly, Defendant asks the Court to permit the withdrawal of Melissa Palmer as counsel for Defendant. This Motion has been discussed with all counsel of record and is unopposed.

463355.2

Respectfully submitted,

**GREER, HERZ & ADAMS, L.L.P.**

By: */s/ Joseph R. Russo, Jr.*
    **Joseph R. Russo, Jr.**
    Federal I.D. No. 22559
    State Bar No. 24002879
    jrusso@greerherz.com
    **Jordan S. Raschke**
    State Bar No. 24108764
    Federal I.D. No. 3712672
    jraschkeelton@greerherz.com
    One Moody Plaza, 18th Floor
    Galveston, Texas  77550
    (409) 797-3200 (Telephone)
    (866) 456-0170 (Fax)

**ATTORNEYS FOR DEFENDANT
GALVESTON COUNTY, TEXAS**

463355.2

## CERTIFICATE OF SERVICE

      I hereby certify on the 25th day of August 2022, a true and correct copy of the foregoing was served via email upon all counsel of record.

Randall L. Kallinen
Kallinen Law, PLLC
511 Broadway Street
Houston, TX 77012

Greg Cagle *via email*

                                    */s/ Joseph R. Russo, Jr.*
                                    Joseph R. Russo, Jr.

463355.2