IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STEPHEN PATRICK BRYANT, III | § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 3:20-CV-00374 |
| GALVESTON COUNTY, TEXAS, ET AL. | § § § § | |
| Defendants. | § | |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

The Court having considered Defendant, County of Galveston's, Unopposed Motion to Withdraw as Counsel, and for good cause shown, the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Melissa Palmer is hereby granted leave to withdraw as counsel of record for Defendant, County of Galveston, in this matter.

SIGNED this _____ day of _____, 2022.

_____
HON. JUDGE JEFFREY V. BROWN
United States District Judge