

# Henry A. Trochesset
### Sheriff
### Galveston County

March 15, 2019

Stephen Bryant
4502 Tower Road
Santa Fe, Texas 77517

Re: <u>2019-00003</u>

Dear Mr. Bryant,

Your complaint against Deputy Holley and Deputy Silvas regarding the incident which occurred on 12/14/2018 was reviewed by Office of Professional Standards.

After a thorough review of your Citizen Complaint Packet filed against Deputy Holley and Deputy Silvas alleging violations of Galveston County Sheriff's Office Policy 202.4.A.1 and 202.4.B: *Use of Force – Responsibility for Reporting* the findings of the each allegation was **sustained**.

Deputy Holley was also filed against for alleging violation of Galveston County Sheriff's Office Policy 03.4.E.3: *Conduct Toward the Public,* 201.4.D.1 *Use of Force – Use of Non-Deadly Force,* and 201.4.E.1 *Use of Force – Limitations on Use of Force* the findings of the first two allegations were **sustained** and the third allegation was **not sustained.**

Deputy Silvas was also filed against for alleging violation of Galveston County Sheriff's Office Policy 03.4.C.5: *Accountability, Responsibility, and Discipline* the finding of the allegation was **sustained**.

Should you have any questions or need additional information, please contact Lieutenant Bruce Balchunas at (409) 766-2357.

Sincerely,

Darrell Isaacks,
Chief Deputy

*To Protect and Serve*
601 54TH STREET · SUITE 2100 · GALVESTON, TEXAS 77551 · PHONE: 409-766-2300