United States District Court
Southern District of Texas
**ENTERED**
September 28, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| STEPHEN PATRICK BRYANT III, § § *Plaintiff*, § VS. § § § GALVESTON COUNTY, TEXAS, § DEPUTY HOLLEY, *Individually*, § and DEPUTY SILVAS, *Individually*, § § *Defendants*. § | NO. 3:20-cv-374 |

## CLERK'S ENTRY OF DEFAULT

It appears upon the representation of the plaintiff (Dkt. 47) and from the record that the following defendant failed to plead or otherwise defend in this case as required by law: Deputy Silvas.

Therefore, default is entered against the defendant as authorized by Federal Rule of Civil Procedure 55.

Nathan Ochsner
Clerk of the District Court

DATED: September 28, 2022

   /s/ George Cardenas
George Cardenas
Deputy Clerk